No. 76–1645. GENERAL DYNAMICS CORP. *v.* BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 76–6983. KEEFER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 77–63. COOPER *v.* TAX COMMISSION OF UTAH. Sup. Ct. Utah. Certiorari denied.

No. 77–79. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* CHILDREN'S HOSPITAL OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 77–143. MANGO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–164. LEPPO *v.* UNITED STATES; and
No. 77–169. GOLDSTEIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 552 F. 2d 1156.

No. 77–214. ATKINS ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–217. BAGERIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–237. NETTERVILLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–252. RIVERA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–275. ARTHUR LIPPER CORP. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION; and
No. 77–291. SECURITIES AND EXCHANGE COMMISSION *v.* ARTHUR LIPPER CORP. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 547 F. 2d 171.